**Fill in this information to identify the case.**

| | |
|---|---|
| Debtor 1 | Stephen Winston Vaughan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern    District of  Virginia    (State) |
| Case number | 15-33846-KRH |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

Name of creditor:  U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.**  (if known):
7-1

**Last 4 digits** of any number you use to identify the debtor's account:  6  3  3  9

Property address:  4201 Finwick Street
Number        Street

Richmond            VA        23222
City                State      ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:  11/01/2018-03/01/2019  5 payments @ $1,085.59      (a) $ 5,427.95

b.  Total fees, charges, expenses, escrow, and costs outstanding:  Late Fee      + (b) $ 84.77

c.  **Total**. Add lines a and b.      (c) $ 5,512.72

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  11 / 01 / 2018
MM / DD / YYYY

| Debtor 1 | Stephen  Winston        Vaughan | | Case number (if known) | 15-33846-KRH |
|---|---|---|---|---|
| | First Name    Middle Name        Last Name | | | |

---

**Part 4:**    **Itemized Payment History**

---

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**    **Sign Here**

---

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.



✖ s/ Angela N. Watson                              Date   03 / 18 /2019
Signature

| Print | Angela        N.        Watson | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| Company | McMichael Taylor Gray, LLC |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 3550 Engineering Drive, Suite 260 |
|---|---|
| | Number        Street |
| | Peachtree Corners        GA    30092 |
| | City        State    ZIP Code |

Contact phone   ( 404 ) 474 – 7149            Email   awatson@mtglaw.com

| | | | | | | Interest Method: | Arrears | |
|---|---|---|---|---|---|---|---|---|
| | Vaughn | | FINAL CURE | | | Interest Rate: | | 7.20000% |
| | | | APO is Paid | | | | | |
| | | | | Total Pd. | Amt. Pd. | Mo Acc Int. | Cum Acc Int. | Pd. Interest |
| | | | | | | | 2,689.54 | |
| | 07/01/15 | | 04/01/15-0? | 3,393.96 | 3,393.96 | 0.00 | 2,689.54 | 2,689.54 |
| | 07/01/15 | | Arr Fees | | | 0.00 | 0.00 | 0.00 |
| | 07/01/15 | | Escrow Shortage | | | 0.00 | 0.00 | 0.00 |
| | 07/01/15 | | Unapplied to Arrears | | | 0.00 | 0.00 | 0.00 |
| | 07/01/15 | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 | 0.00 |
| | 09/05/15 | 30 | 08/01/15 | 1,027.29 | 848.49 | 669.73 | 669.73 | 669.73 |
| | 09/11/15 | | Insurnace | | | 0.00 | 0.00 | 0.00 |
| | 10/20/15 | 30 | 09/01/15 | 1,027.29 | 848.49 | 668.66 | 668.66 | 668.66 |
| | 11/18/15 | 30 | 10/01/15 | 1,027.29 | 848.49 | 667.58 | 667.58 | 667.58 |
| | 11/20/15 | | Taxes | | | 0.00 | 0.00 | 0.00 |
| | 12/18/15 | 30 | 11/01/15 | 1,027.29 | 848.49 | 666.50 | 666.50 | 666.50 |
| | 02/04/16 | | | 1,027.29 | | 0.00 | 0.00 | 0.00 |
| | 02/09/16 | | Tax Refund | 45.00 | | 0.00 | 0.00 | 0.00 |
| | 02/29/16 | 30 | 12/01/15 | 1,027.29 | 848.49 | 665.41 | 665.41 | 665.41 |
| | 03/30/16 | 30 | 01/01/16 | 1,027.29 | 848.49 | 664.31 | 664.31 | 664.31 |
| | 05/04/16 | 30 | 02/01/16 | 1,027.29 | 848.49 | 663.20 | 663.20 | 663.20 |
| | 05/16/16 | | Taxes | | | 0.00 | 0.00 | 0.00 |
| | 06/09/16 | 30 | 03/01/16 | 1,027.29 | 848.49 | 662.09 | 662.09 | 662.09 |
| | 07/12/16 | 30 | 04/01/16 | 1,027.29 | 848.49 | 660.97 | 660.97 | 660.97 |
| | 08/03/16 | 30 | 05/01/16 | 1,027.29 | 848.49 | 659.85 | 659.85 | 659.85 |
| | 09/09/16 | | Insurance | | | 0.00 | 0.00 | 0.00 |
| | 09/28/16 | 30 | 06/01/16 | 1,027.29 | 848.49 | 658.71 | 658.71 | 658.71 |
| | 10/28/16 | 30 | 07/01/16 | 1,027.29 | 848.49 | 657.58 | 657.58 | 657.58 |
| | 11/18/16 | | Taxes | | | 0.00 | 0.00 | 0.00 |
| | 11/21/16 | | Arrears | 33.13 | | 0.00 | 0.00 | 0.00 |
| | 11/22/16 | 30 | 08/01/16 | 1,027.29 | 848.49 | 656.43 | 656.43 | 656.43 |
| | 12/21/16 | | Arrears | 191.54 | | 0.00 | 0.00 | 0.00 |
| | 12/22/16 | 30 | 09/01/16 | 1,100.00 | 848.49 | 655.28 | 655.28 | 655.28 |
| | | 30 | 10/01/16 | | 848.49 | 654.12 | 654.12 | 654.12 |
| | 01/24/17 | 30 | 11/01/16 | 1,051.96 | 848.49 | 652.95 | 652.95 | 652.95 |
| | 01/30/17 | | Arrears | 300.02 | | 0.00 | 0.00 | 0.00 |
| | 02/27/17 | | Arrears | 194.46 | | 0.00 | 0.00 | 0.00 |
| | 03/10/17 | 30 | 12/01/16 | 1,051.96 | 848.49 | 651.78 | 651.78 | 651.78 |
| | 03/28/17 | | Arrears | 195.76 | | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 | 0.00 |
| | 03/31/17 | 30 | 01/01/17 | 1,051.96 | 848.49 | 650.60 | 650.60 | 650.60 |
| | 04/24/17 | | Arrears | 196.95 | | 0.00 | 0.00 | 0.00 |
| | 05/18/17 | | Taxes | | | 0.00 | 0.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/23/17 | | Arrears | 198.05 | | 0.00 | 0.00 | 0.00 |
| | | **Set Up POC** | | | 0.00 | 0.00 | 0.00 |
| | 30 | **APO 02/17** | 848.49 | 848.49 | 649.41 | 649.41 | 649.41 |
| | 30 | **APO 03/17** | 848.49 | 848.49 | 648.22 | 648.22 | 648.22 |
| | 30 | **APO 04/17** | 848.49 | 848.49 | 647.02 | 647.02 | 647.02 |
| | 30 | **APO 05/17** | 848.49 | 848.49 | 645.81 | 645.81 | 645.81 |
| | | **APO Escrow** | | | 0.00 | 0.00 | 0.00 |
| | | **APO Legal** | | | 0.00 | 0.00 | 0.00 |
| | | **Unapplied to APO** | | | 0.00 | 0.00 | 0.00 |
| 06/13/17 | 30 | 06/01/17 | 1,051.96 | 848.49 | 644.59 | 644.59 | 644.59 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 06/19/17 | | APO Pmt | 858.58 | | 0.00 | 0.00 | 0.00 |
| 06/20/17 | | Arrears | 199.06 | | 0.00 | 0.00 | 0.00 |
| 07/14/17 | 30 | 07/01/17 | 1,051.96 | 848.49 | 643.37 | 643.37 | 643.37 |
| 07/20/17 | | APO Pmt | 858.58 | | 0.00 | 0.00 | 0.00 |
| 07/21/17 | | | | | 0.00 | 0.00 | 0.00 |
| 07/25/17 | | Arrears | 310.84 | | 0.00 | 0.00 | 0.00 |
| 08/16/17 | 30 | 08/01/17 | 1,051.96 | 848.49 | 642.14 | 642.14 | 642.14 |
| 08/17/17 | | APO Pmt | 858.58 | | 0.00 | 0.00 | 0.00 |
| 08/18/17 | | | | | 0.00 | 0.00 | 0.00 |
| 08/29/17 | | Arrears | 202.53 | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 09/13/17 | | Insurance | | | 0.00 | 0.00 | 0.00 |
| 09/18/17 | | APO Pmt | 858.58 | | 0.00 | 0.00 | 0.00 |
| 09/18/17 | 30 | 09/01/17 | 1,051.96 | 848.49 | 640.90 | 640.90 | 640.90 |
| 09/19/17 | | | | | 0.00 | 0.00 | 0.00 |
| 09/26/17 | | Arrears | 204.87 | | 0.00 | 0.00 | 0.00 |
| 10/18/17 | 30 | 10/01/17 | 1,051.96 | 848.49 | 639.65 | 639.65 | 639.65 |
| 10/24/17 | | Arrears | 207.05 | | 0.00 | 0.00 | 0.00 |
| 10/25/17 | | APO Pmt | 858.58 | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 11/17/17 | | Taxes | | | 0.00 | 0.00 | 0.00 |
| 11/20/17 | 30 | 11/01/17 | 1,051.96 | 848.49 | 638.40 | 638.40 | 638.40 |
| 11/22/17 | | Arrears | 209.58 | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 11/30/17 | | APO Pmt | 858.58 | | 0.00 | 0.00 | 0.00 |
| 12/29/17 | | Arrears | 211.47 | | 0.00 | 0.00 | 0.00 |
| 01/08/18 | 30 | 12/01/17 | 1,051.96 | 848.49 | 637.14 | 637.14 | 637.14 |
| 01/31/18 | | Arrears | 331.38 | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 02/23/18 | 30 | 01/01/18 | 1,051.96 | 848.49 | 635.87 | 635.87 | 635.87 |
| 02/28/18 | | Arrears | 214.94 | | 0.00 | 0.00 | 0.00 |
| 03/21/18 | 30 | 02/01/18 | 1,051.96 | 848.49 | 634.60 | 634.60 | 634.60 |
| 03/28/18 | | Arrears | 214.94 | | 0.00 | 0.00 | 0.00 |
| 04/25/18 | | Arrears | 214.94 | | 0.00 | 0.00 | 0.00 |
| 04/30/18 | 30 | 03/01/18 | 1,085.59 | 848.49 | 633.31 | 633.31 | 633.31 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/17/18 | | Taxes | | | 0.00 | 0.00 | 0.00 |
| 05/23/18 | | Arrears | 214.94 | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 06/25/18 | 30 | 04/01/18 | 1,051.96 | 848.49 | 632.02 | 632.02 | 632.02 |
| 06/27/18 | | | | | 0.00 | 0.00 | 0.00 |
| 06/27/18 | | Arrears | 334.03 | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 07/09/18 | 30 | 05/01/18 | 1,085.59 | 848.49 | 630.72 | 630.72 | 630.72 |
| 07/31/18 | | Arrears | 214.94 | | 0.00 | 0.00 | 0.00 |
| 08/27/18 | | Arrears | 214.94 | | 0.00 | 0.00 | 0.00 |
| 08/30/18 | 30 | 06/01/18 | 1,085.69 | 848.49 | 629.42 | 629.42 | 629.42 |
| 09/14/18 | | Insurance | | | 0.00 | 0.00 | 0.00 |
| 09/25/18 | | Arrears | 214.93 | | 0.00 | 0.00 | 0.00 |
| 10/12/18 | 30 | 07/01/18 | 1,085.59 | 848.49 | 628.10 | 628.10 | 628.10 |
| 10/24/18 | | Arrears | 215.13 | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 11/24/18 | | **Transferred to SN Servicing** | | | 0.00 | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 11/26/18 | 30 | 08/01/18 | 1,085.59 | 848.49 | 626.78 | 626.78 | 626.78 |
| | | | | | 0.00 | 0.00 | 0.00 |
| 11/28/18 | | Arrears | 356.51 | | 0.00 | 0.00 | 0.00 |
| 12/31/18 | | Arrears | 118.84 | | 0.00 | 0.00 | 0.00 |
| 01/07/19 | 30 | 09/01/18 | 1,085.59 | 848.49 | 625.45 | 625.45 | 625.45 |
| 01/17/19 | | Late | | | 0.00 | 0.00 | 0.00 |
| 01/31/19 | 30 | 10/01/18 | 1,085.59 | 848.49 | 624.11 | 624.11 | 624.11 |
| 01/31/19 | | Arrears | 134.84 | | 0.00 | 0.00 | 0.00 |
| 02/17/19 | | Late | | | 0.00 | 0.00 | 0.00 |
| | | Pmt to Late | | | 0.00 | 0.00 | 0.00 |
| | | Due for 11/01/18 | | | 0.00 | 0.00 | 0.00 |
| | | Arrears Escr | 1,184.77 | | 0.00 | 0.00 | 0.00 |

**Borrower pays the Ongoing and APO**

| Principal | Escrow Bal | Escrow Disb/Pmt | Arrears | Arrears | Late | Late | Suspense | Prin. Bal. |
|---|---|---|---|---|---|---|---|---|
| | 592.35 | | 0.00 | | 0.00 | | 218.13 | 112,326.82 |
| 704.42 | 592.35 | 0.00 | (3393.96) | (3393.96) | 0.00 | 0.00 | 218.13 | 111,622.40 |
| 0.00 | 592.35 | 0.00 | (5697.85) | (2303.89) | 0.00 | 0.00 | 218.13 | 111,622.40 |
| 0.00 | 592.35 | 0.00 | (6068.74) | (370.89) | 0.00 | 0.00 | 218.13 | 111,622.40 |
| 0.00 | 592.35 | 0.00 | (5850.61) | 218.13 | 0.00 | 0.00 | 0.00 | 111,622.40 |
| 0.00 | 592.35 | 0.00 | (5850.61) | 0.00 | 0.00 | 0.00 | 0.00 | 111,622.40 |
| 0.00 | 592.35 | 0.00 | (5850.61) | 0.00 | 0.00 | 0.00 | 0.00 | 111,622.40 |
| 0.00 | 592.35 | 0.00 | (5850.61) | 0.00 | 0.00 | 0.00 | 0.00 | 111,622.40 |
| 178.76 | 771.15 | 178.80 | (5850.61) | 0.00 | 0.00 | 0.00 | (0.00) | 111,443.64 |
| 0.00 | (412.60) | (1,183.75) | (5850.61) | 0.00 | 0.00 | 0.00 | (0.00) | 111,443.64 |
| 179.83 | (233.80) | 178.80 | (5850.61) | 0.00 | 0.00 | 0.00 | (0.00) | 111,263.82 |
| 180.91 | (55.00) | 178.80 | (5850.61) | 0.00 | 0.00 | 0.00 | (0.00) | 111,082.91 |
| 0.00 | (527.41) | (472.41) | (5850.61) | 0.00 | 0.00 | 0.00 | (0.00) | 111,082.91 |
| 181.99 | (348.61) | 178.80 | (5850.61) | 0.00 | 0.00 | 0.00 | (0.00) | 110,900.92 |
| 0.00 | (348.61) | 0.00 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,027.29 | 110,900.92 |
| 0.00 | (303.61) | 45.00 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,027.29 | 110,900.92 |
| 183.08 | (124.14) | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,026.62 | 110,717.83 |
| 184.18 | 55.33 | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,025.95 | 110,533.65 |
| 185.29 | 234.80 | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,025.28 | 110,348.36 |
| 0.00 | (237.61) | (472.41) | (5850.61) | 0.00 | 0.00 | 0.00 | 1,025.28 | 110,348.36 |
| 186.40 | (58.14) | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,024.61 | 110,161.96 |
| 187.52 | 121.33 | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,023.94 | 109,974.44 |
| 188.64 | 300.80 | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,023.27 | 109,785.80 |
| 0.00 | (1,195.95) | (1,496.75) | (5850.61) | 0.00 | 0.00 | 0.00 | 1,023.27 | 109,785.80 |
| 189.78 | (1,016.48) | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,022.60 | 109,596.02 |
| 190.91 | (837.01) | 179.47 | (5850.61) | 0.00 | 0.00 | 0.00 | 1,021.93 | 109,405.11 |
| 0.00 | (1,309.42) | (472.41) | (5850.61) | 0.00 | 0.00 | 0.00 | 1,021.93 | 109,405.11 |
| 0.00 | (1,309.42) | 0.00 | (5817.48) | 33.13 | 0.00 | 0.00 | 1,021.93 | 109,405.11 |
| 192.06 | (1,129.95) | 179.47 | (5817.48) | 0.00 | 0.00 | 0.00 | 1,021.26 | 109,213.05 |
| 0.00 | (1,129.95) | 0.00 | (5625.94) | 191.54 | 0.00 | 0.00 | 1,021.26 | 109,213.05 |
| 193.21 | (950.48) | 179.47 | (5625.94) | 0.00 | 0.00 | 0.00 | 1,093.30 | 109,019.84 |
| 194.37 | (771.01) | 179.47 | (5625.94) | 0.00 | 0.00 | 0.00 | 65.34 | 108,825.47 |
| 195.54 | (591.54) | 179.47 | (5625.94) | 0.00 | 0.00 | 0.00 | 89.34 | 108,629.93 |
| 0.00 | (591.54) | 0.00 | (5325.92) | 300.02 | 0.00 | 0.00 | 89.34 | 108,629.93 |
| 0.00 | (591.54) | 0.00 | (5131.46) | 194.46 | 0.00 | 0.00 | 89.34 | 108,629.93 |
| 196.71 | (412.07) | 179.47 | (5131.46) | 0.00 | 0.00 | 0.00 | 113.34 | 108,433.22 |
| 0.00 | (412.07) | 0.00 | (4935.70) | 195.76 | 0.00 | 0.00 | 113.34 | 108,433.22 |
| 0.00 | (412.07) | 0.00 | (4935.70) | 0.00 | 0.00 | 0.00 | 113.34 | 108,433.22 |
| 197.89 | (182.59) | 229.48 | (4935.70) | 0.00 | 0.00 | 0.00 | 87.33 | 108,235.33 |
| 0.00 | (182.59) | 0.00 | (4738.75) | 196.95 | 0.00 | 0.00 | 87.33 | 108,235.33 |
| 0.00 | (668.92) | (486.33) | (4738.75) | 0.00 | 0.00 | 0.00 | 87.33 | 108,235.33 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0.00 | (668.92) | 0.00 | (4540.70) | 198.05 | 0.00 | 0.00 | 87.33 | 108,235.33 |
| 0.00 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | 87.33 | 108,235.33 |
| 199.08 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | 87.33 | 108,036.25 |
| 200.27 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | 87.33 | 107,835.98 |
| 201.47 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | 87.33 | 107,634.51 |
| 202.68 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | 87.33 | 107,431.82 |
| 0.00 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | 87.33 | 107,431.82 |
| 0.00 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | 87.33 | 107,431.82 |
| 0.00 | (668.92) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | (0.00) | 107,431.82 |
| 203.90 | (465.45) | 203.47 | (4540.70) | 0.00 | 0.00 | 0.00 | (0.00) | 107,227.92 |
| 0.00 | (465.45) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | (0.00) | 107,227.92 |
| 0.00 | (465.45) | 0.00 | (4540.70) | 0.00 | 0.00 | 0.00 | (0.00) | 107,227.92 |
| 0.00 | (465.45) | 0.00 | (4341.64) | 199.06 | 0.00 | 0.00 | (0.00) | 107,227.92 |
| 205.12 | (261.98) | 203.47 | (4341.64) | 0.00 | 0.00 | 0.00 | (0.00) | 107,022.80 |
| 0.00 | (261.98) | 0.00 | (4341.64) | 0.00 | 0.00 | 0.00 | (0.00) | 107,022.80 |
| 0.00 | (261.98) | 0.00 | (4341.64) | 0.00 | 0.00 | 0.00 | (0.00) | 107,022.80 |
| 0.00 | (261.98) | 0.00 | (4030.80) | 310.84 | 0.00 | 0.00 | (0.00) | 107,022.80 |
| 206.35 | (58.51) | 203.47 | (4030.80) | 0.00 | 0.00 | 0.00 | (0.00) | 106,816.45 |
| 0.00 | (58.51) | 0.00 | (4030.80) | 0.00 | 0.00 | 0.00 | (0.00) | 106,816.45 |
| 0.00 | (58.51) | 0.00 | (4030.80) | 0.00 | 0.00 | 0.00 | (0.00) | 106,816.45 |
| 0.00 | (58.51) | 0.00 | (3828.27) | 202.53 | 0.00 | 0.00 | (0.00) | 106,816.45 |
| 0.00 | (58.51) | 0.00 | (3828.27) | 0.00 | 0.00 | 0.00 | (0.00) | 106,816.45 |
| 0.00 | (2,391.26) | (2,332.75) | (3828.27) | 0.00 | 0.00 | 0.00 | (0.00) | 106,816.45 |
| 0.00 | (2,391.26) | 0.00 | (3828.27) | 0.00 | 0.00 | 0.00 | (0.00) | 106,816.45 |
| 207.59 | (2,187.79) | 203.47 | (3828.27) | 0.00 | 0.00 | 0.00 | (0.00) | 106,608.86 |
| 0.00 | (2,187.79) | 0.00 | (3828.27) | 0.00 | 0.00 | 0.00 | (0.00) | 106,608.86 |
| 0.00 | (2,187.79) | 0.00 | (3623.40) | 204.87 | 0.00 | 0.00 | (0.00) | 106,608.86 |
| 208.84 | (1,984.32) | 203.47 | (3623.40) | 0.00 | 0.00 | 0.00 | (0.00) | 106,400.02 |
| 0.00 | (1,984.32) | 0.00 | (3416.35) | 207.05 | 0.00 | 0.00 | (0.00) | 106,400.02 |
| 0.00 | (1,984.32) | 0.00 | (3416.35) | 0.00 | 0.00 | 0.00 | (0.00) | 106,400.02 |
| 0.00 | (1,984.32) | 0.00 | (3416.35) | 0.00 | 0.00 | 0.00 | (0.00) | 106,400.02 |
| 0.00 | (2,470.65) | (486.33) | (3416.35) | 0.00 | 0.00 | 0.00 | (0.00) | 106,400.02 |
| 210.09 | (2,267.18) | 203.47 | (3416.35) | 0.00 | 0.00 | 0.00 | (0.00) | 106,189.93 |
| 0.00 | (2,267.18) | 0.00 | (3206.77) | 209.58 | 0.00 | 0.00 | (0.00) | 106,189.93 |
| 0.00 | (2,267.18) | 0.00 | (3206.77) | 0.00 | 0.00 | 0.00 | (0.00) | 106,189.93 |
| 0.00 | (2,267.18) | 0.00 | (3206.77) | 0.00 | 0.00 | 0.00 | (0.00) | 106,189.93 |
| 0.00 | (2,267.18) | 0.00 | (2995.30) | 211.47 | 0.00 | 0.00 | (0.00) | 106,189.93 |
| 211.35 | **(2,063.71)** | 203.47 | (2995.30) | 0.00 | 0.00 | 0.00 | (0.00) | 105,978.58 |
| 0.00 | (2,063.71) | 0.00 | (2663.92) | 331.38 | 0.00 | 0.00 | (0.00) | 105,978.58 |
| 0.00 | (2,063.71) | 0.00 | (2663.92) | 0.00 | 0.00 | 0.00 | (0.00) | 105,978.58 |
| 212.62 | (1,860.24) | 203.47 | (2663.92) | 0.00 | 0.00 | 0.00 | (0.00) | 105,765.96 |
| 0.00 | (1,860.24) | 0.00 | (2448.98) | 214.94 | 0.00 | 0.00 | (0.00) | 105,765.96 |
| 213.89 | (1,656.77) | 203.47 | (2448.98) | 0.00 | 0.00 | 0.00 | (0.00) | 105,552.07 |
| 0.00 | (1,656.77) | 0.00 | (2234.04) | 214.94 | 0.00 | 0.00 | (0.00) | 105,552.07 |
| 0.00 | (1,656.77) | 0.00 | (2019.10) | 214.94 | 0.00 | 0.00 | (0.00) | 105,552.07 |
| 215.18 | (1,453.30) | 203.47 | (2019.10) | 0.00 | 0.00 | 0.00 | 33.63 | 105,336.89 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0.00 | (1,957.90) | (504.60) | (2019.10) | 0.00 | 0.00 | 0.00 | 33.63 | 105,336.89 |
| 0.00 | (1,957.90) | 0.00 | (1804.16) | 214.94 | 0.00 | 0.00 | 33.63 | 105,336.89 |
| 0.00 | (1,957.90) | 0.00 | (1804.16) | 0.00 | 0.00 | 0.00 | 33.63 | 105,336.89 |
| 216.47 | (1,720.80) | 237.10 | (1804.16) | 0.00 | 0.00 | 0.00 | (0.00) | 105,120.42 |
| 0.00 | (1,720.80) | 0.00 | (1804.16) | 0.00 | 0.00 | 0.00 | (0.00) | 105,120.42 |
| 0.00 | (1,720.80) | 0.00 | (1470.13) | 334.03 | 0.00 | 0.00 | (0.00) | 105,120.42 |
| 0.00 | (1,720.80) | 0.00 | (1470.13) | 0.00 | 0.00 | 0.00 | (0.00) | 105,120.42 |
| 217.77 | (1,483.70) | 237.10 | (1470.13) | 0.00 | 0.00 | 0.00 | (0.00) | 104,902.65 |
| 0.00 | (1,483.70) | 0.00 | (1255.19) | 214.94 | 0.00 | 0.00 | (0.00) | 104,902.65 |
| 0.00 | (1,483.70) | 0.00 | (1040.25) | 214.94 | 0.00 | 0.00 | (0.00) | 104,902.65 |
| 219.07 | (1,246.60) | 237.10 | (1040.25) | 0.00 | 0.00 | 0.00 | 0.07 | 104,683.58 |
| 0.00 | (2,751.39) | (1,504.79) | (1040.25) | 0.00 | 0.00 | 0.00 | 0.07 | 104,683.58 |
| 0.00 | (2,751.39) | 0.00 | (825.32) | 214.93 | 0.00 | 0.00 | 0.07 | 104,683.58 |
| 220.39 | (2,514.29) | 237.10 | (825.32) | 0.00 | 0.00 | 0.00 | 0.07 | 104,463.19 |
| 0.00 | (2,514.29) | 0.00 | (610.19) | 215.13 | 0.00 | 0.00 | 0.07 | 104,463.19 |
| 0.00 | (2,514.29) | 0.00 | (610.19) | 0.00 | 0.00 | 0.00 | 0.07 | 104,463.19 |
| 0.00 | (2,514.29) | 0.00 | (610.19) | 0.00 | 0.00 | 0.00 | 0.07 | 104,463.19 |
| 0.00 | **(2,514.29)** | 0.00 | (610.19) | 0.00 | 0.00 | 0.00 | 0.07 | 104,463.19 |
| 0.00 | (2,514.29) | 0.00 | (610.19) | 0.00 | 0.00 | 0.00 | 0.07 | 104,463.19 |
| 221.71 | (2,277.19) | 237.10 | (610.19) | 0.00 | 0.00 | 0.00 | 0.07 | 104,241.48 |
| 0.00 | (2,277.19) | 0.00 | (610.19) | 0.00 | 0.00 | 0.00 | 0.07 | 104,241.48 |
| 0.00 | (2,277.19) | 0.00 | (253.68) | 356.51 | 0.00 | 0.00 | 0.07 | 104,241.48 |
| 0.00 | (2,277.19) | 0.00 | (134.84) | 118.84 | 0.00 | 0.00 | 0.07 | 104,241.48 |
| 223.04 | (2,040.09) | 237.10 | (134.84) | 0.00 | 0.00 | 0.00 | 0.07 | 104,018.44 |
| 0.00 | (2,040.09) | 0.00 | (134.84) | 0.00 | (42.42) | (42.42) | 0.07 | 104,018.44 |
| 224.38 | (1,802.99) | 237.10 | (134.84) | 0.00 | (42.42) | 0.00 | 0.07 | 103,794.06 |
| 0.00 | (1,802.99) | 0.00 | 0.00 | 134.84 | (42.42) | 0.00 | 0.07 | 103,794.06 |
| 0.00 | (1,802.99) | 0.00 | 0.00 | 0.00 | (84.84) | (42.42) | 0.07 | 103,794.06 |
| 0.00 | (1,802.99) | 0.00 | 0.00 | 0.00 | (84.77) | 0.07 | (0.00) | 103,794.06 |
| 0.00 | (1,802.99) | 0.00 | 0.00 | 0.00 | (84.77) | 0.00 | (0.00) | 103,794.06 |
| 0.00 | (618.22) | **1,184.77** | 0.00 | 0.00 | (84.77) | 0.00 | (0.00) | 103,794.06 |

APO

| |
|---|
| |
| -848.49 |
| -848.49 |
| -848.49 |
| -848.49 |
| -813.88 |
| -1031.00 |
| 87.33 |
| |
| 858.58 |
| |
| 858.58 |
| |
| |
| 858.58 |
| |
| |
| |
| 858.58 |
| |
| |
| |
| |
| 858.58 |
| |
| |
| |
| |
| 858.58 |
| |
| |
| |
| |
| |
| |
| |
| |

| |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| 0.03 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**<u>Via U.S. Mail</u>**
**Stephen Winston Vaughan**
4201 Fenwick Street
Richmond, VA 23222

**<u>Via electronic service:</u>**
**Richard S. Clinger**
422 East Franklin Street, Suite 101
Richmond, VA 23219

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218

This 18th day of March, 2019

/s/ Angela N Watson__
Angela N. Watson
Virginia Bar No. 72029
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
awatson@mtglaw.com